**HELMER, CONLEY & KASSELMAN, P.A.**
**Bruce H. Zamost, Esq., No. 035671984**
**600 Beverly Rancocas Road**
**Willingboro, NJ 08046**
**856-291-0200**
Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| H.V. and F.J., individually and on behalf of their minor child, A.T.V., <br><br> Plaintiffs, <br><br> vs. <br><br> VINELAND CITY BOARD OF EDUCATION, VINELAND HIGH SCHOOL, MARY GRUCCIO, SUZETTE DEMARCHI, JOHN PROVENZANO, ARIES RIVERA and JOHN DOE 1-30 (fictitious names of unidentified individuals, entities or business organizations) jointly, severally and in the alternative, <br><br> Defendants. | Civil Action. No. 1:21-cv-20592-NLH-AMD <br><br> **Document electronically filed** <br><br><br> **CERTIFICATION OF H.V.** |

I, H.V., of full age, hereby certify as follows:

1.    I am a plaintiff in the above matter.  I am the biological father of my daughter, the

plaintiff, A.T.V.  To protect my daughter's privacy, I have been advised by my attorney,

Bruce H. Zamost, that he will file this certification, utilizing my initials only and that the

identical certification, with my full name, will be mailed to the court separately and not

electronically filed.  The mailed certification will also contain a copy of both sides of my

New Jersey driver's license.

2. I was born on January 30, 1981 in Puerto Rico. When I was about five years old, I moved with my parents to New Jersey. At that time, my father was employed with the Federal Aviation Administration as an electrical engineer.

3. I have resided in New Jersey continuously since the age of five. Apart from Puerto Rico from birth to about age five, I have never resided anywhere except in New Jersey.

4. Since the age of eight, I have resided with my parents in Vineland, New Jersey in a house owned by my parents.

5. At the age of sixteen, I obtained a New Jersey driver's license and have held that license continuously since then. I have never held a driver's license from any other state or commonwealth.

6. I obtained my GED diploma from Vineland High School in Vineland, New Jersey in 2000 or 2001.

7. I have been registered to vote in New Jersey and I have regularly voted in New Jersey elections every year in which a ballot issue was present since I was age eighteen.

8. I filed both federal and New Jersey tax returns as a declared resident of New Jersey every year since about 2008, including for the tax years 2019 and 2020. I am in the process of preparing my tax returns for the 2021 tax year to similarly file as a declared New Jersey resident.

9. I was not employed in 2019 nor in early 2020. From about March 2020 through March 2021, I was an online student enrolled in a cybersecurity and information technology course with mycomputercareer.com.

10. Since January 2020, I have been employed as a field manager with a construction company in Bellmawr, New Jersey.

11. Since the age of sixteen and continuously, I have been a member of the Assembly of God Church at 2554 East Chestnut Avenue in Vineland, New Jersey. My father has been a deacon at that church since about 2010.

12. I currently reside with my parents and A.T.V. in the same Vineland, New Jersey single-family house in which I was raised. In about 2016, I acquired a dog, which I named Sassy. Sassy lived with me at my residence in this single-family house until Sassy died in early 2020.

13. I have been advised that that the defendants in this matter filed a petition on December 20, 2021, seeking removal of this case from the New Jersey Superior Court to the United States District Court, District of New Jersey.

14. At all times in 2021, I considered myself to be domiciled in New Jersey.

15. At all times since I moved with my parents to New Jersey at about age five in about 1986, I have considered myself to be domiciled in New Jersey.

I hereby certify that the foregoing statements made by me are true. I am aware that if the statements are not true, I am subject to punishment.

_H. V._____
H.V.

Dated: December 15, 2022