**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

---

| | |
|---|---|
| H.V. and F.J., individually and on behalf of their minor child, A.T.V., | 1:21-cv-20592-NLH-AMD |
| Plaintiffs, | ORDER |
| v. | |
| VINELAND CITY BOARD OF EDUCATION, et al., | |
| Defendants. | |

---

**HILLMAN**, District Judge

The Court having reviewed Plaintiff H.V.'s certification attesting that he has remained domiciled in New Jersey at all times relevant to this action, (ECF 17), and the Court concluding that H.V.'s New Jersey domicile defeats complete diversity with respect to Plaintiffs' remaining common-law negligence claim

IT IS on this  11th  day of January, 2023

**ORDERED** that Plaintiffs' negligence claim be, and hereby is, **REMANDED** to the Superior Court of New Jersey Law Division, Cumberland County and that the Clerk shall mark this matter as **CLOSED**.

At Camden, New Jersey

s/ Noel L. Hillman
NOEL L. HILLMAN, U.S.D.J.